Case 1:21-cv-01617-LDH-VMS   Document 14   Filed 01/20/22   Page 1 of 2 PageID #: 67

Clerk's Office
Filed Date:
1/20/2022
U.S. DISTRICT
COURT-EDNY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Genevieve Tan, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>-v.-<br><br>Allied Account Services, Inc.<br><br>Defendant(s). | Case No: 1:21-cv-01617-LDH-VMS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT ALLIED ACCOUNT SERVICES, INC. AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Allied Account Services, Inc., shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: January 18, 2022

**HOROWITZ LAW, PLLC**

/s/ *Uri Horowitz*
By: Uri Horowitz, Esq.
14441 70th Road
Flushing, NY 11367
Phone: (718) 705-8706
uri@horowitzlawpllc.com

*Attorneys For Plaintiff Genevieve Tan*

Dated: January 18, 2022

                                    **MARGOLIS EDELSTEIN**

/s/ *Ronald Metcho (with consent)*
By: Ronald M. Metcho, Esq.
220 Penn Avenue, Suite 305
Scranton, PA 18503
Phone: (570) 257-6510
rmetcho@margolisedelstein.com

*Attorneys For Defendant Allied Account Services, Inc.*

SO ORDERED:

 **s/ LDH         1/20/2022**
Judge, U.S. District Court
Eastern District of New York

2